IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-439-GCM

| | |
|---|---|
| SUE ANN MCHUGH and <br> GARY W. MCHUGH, <br> Plaintiffs, <br> v. <br> AMERICAN MEDICAL SYSTEMS, INC., <br> Defendant. | ORDER GRANTING <br> ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **JON C. CONLIN**, filed July 18, 2012 [doc.#2].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Conlin is admitted to appear before this court *pro hac vice* on behalf of plaintiffs.

**IT IS SO ORDERED.**

Signed: August 21, 2012

Graham C. Mullen
United States District Judge